452 A.2d 1089

Commonwealth v. Mays, Appellant.
Petition for Allowance of Appeal Denied Feb. 23, 1983.

Submitted June 22, 1982. Vincent P. DiFabio, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Judgment of sentence affirmed.